## 2523.   SMITH v. THE STATE.

HILL, C. J.    1. The discretion of the trial court in refusing to grant a new trial on the ground of newly discovered evidence will not be disturbed, where the testimony alleged as newly discovered is simply impeaching in character, and where no affidavits are presented showing the good character of the witnesses who will give the new evidence. *Fort v. State,* 3 *Ga. App.* 448 (60 S. E. 282) ; 14 Michie's Dig. Ga. R. 400; *Polite v. State,* 78 *Ga.* 347 (3).

2. No error of law in the trial of the case is complained of, and the evidence supports the verdict.        *Judgment affirmed.*

Indictment for sale of liquor; from Floyd superior court— Judge Maddox.  February 18, 1910.

Submitted April 12,—Decided April 19, 1910.

*C. I. Carey, Sharp & Sharp,* for plaintiff in error.

*John W. Bale, solicitor-general,* contra.